BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GURDEEP SINGH,<br><br>       Plaintiff,<br><br>   v.<br><br>Janet Napolitano, Secretary of Homeland Security, et al.<br><br>       Defendants. | No. CIV F 1:10-cv-667 OWW GSA<br><br>JOINT STIPULATION AND ORDER RE: DISMISSAL |

This is an immigration case in which plaintiff has challenged the denial of his application for naturalization by U.S. Citizenship and Immigration Services (CIS). On June 17, 2010, CIS reopened the matter administratively. Accordingly, the parties stipulate to dismissal of this lawsuit without prejudice.

Dated: June 17, 2010

BENJAMIN B. WAGNER
United States Attorney

By:   /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

By:   /s/ Jonathan Kaufman
      Jonathan Kaufman
      Attorney for the Plaintiff

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is DISMISSED.

IT IS SO ORDERED.

Dated:   June 18, 2010                              /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE